

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

———————————

No. 07-21-00180-CR
No. 07-21-00181-CR

———————————

MARK ANTHONY WEAVER, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 100th District Court
Hall County, Texas
Trial Court Nos. 4072 & 4073; Honorable Stuart Messer, Presiding

February 3, 2022

## ABATEMENT AND REMAND

Before PIRTLE and PARKER and DOSS, JJ.

Appellant, Mark Anthony Weaver, appeals his convictions for sexual assault of a child[1] and consecutive sentences of sixteen years confinement. The reporter's record was due January 14, 2022, but was not filed. The court has been notified that the reporter,

---

[1] *See* TEX. PENAL CODE ANN. 22.011.

Krista Hodges, passed away on January 16, 2022. Under these unfortunate circumstances, we abate the appeals and the remand the causes to the trial court to arrange for the appointment of a deputy reporter to complete the record, if possible. *See* TEX. R. APP. P. 13.5, 35.3(c), 37.3(a)(2). The name, address, telephone number, and email address of the deputy reporter shall be provided by order of the trial court and included in a supplemental clerk's record to be filed with this court by February 17, 2022. The reporter's record shall be filed with this court within thirty days of the date of appointment of the deputy reporter. Should further time be needed to perform these tasks, then same may be requested.

It is so ordered.

Per Curiam

Do not publish.